

Disability Rights Network of Pennsylvania
The Philadelphia Building
1315 Walnut Street, Suite 500
Philadelphia, PA  19107-4705
(215) 238-8070 (Voice)
(877) 375-7139 (TDD)
www.drnpa.org

<u>**Via ECF**</u>

July 12, 2013

The Honorable John E. Jones, III
United States District Judge
U.S.D.C. for the Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17101

**Re: Benjamin, et al. v. Dep't of Public Welfare, et al.
     Civ. Action No. 1:08-cv-1181 (JEJ)**

Dear Judge Jones:

Pursuant to the Court's Order of June 3, 2013, Plaintiffs' counsel was to report on progress in negotiating a settlement of the above-captioned matter with all parties by July 15, 2013.  Unfortunately, due to circumstances beyond all parties' control, the parties have been unable to meet to further negotiate a settlement.  However, we have settlement negotiations scheduled for Tuesday, July 16, 2013.

Per your Honor's law clerk, I am writing to advise the Court that, due to these circumstances, Plaintiffs' counsel will file the report on or before Wednesday, July 17, 2013 and place this letter on the docket today.  The Court's consideration is appreciated.

Respectfully,

Robert W. Meek
Counsel for Plaintiffs

c: Carl A. Solano, Esquire (by email only)
   Benjamin J. Hoffart, Esquire (by email only)