IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANKLIN BENJAMIN, by and through his next friend, Andreé Yock; RICHARD GROGG and FRANK EDGETT, by and through their next friend, Joyce McCarthy; SYLVIA BALDWIN, by and through her next friend, Shirl Meyers; ANTHONY BEARD, by and through his next friend, Nicole Turman, on behalf of themselves and all others similarly situated,<br><br>                   Plaintiffs,<br><br>                   v.<br><br>DEPARTMENT OF PUBLIC WELFARE OF THE COMMONWEALTH OF PENNSYLVANIA and BEVERLY MACKERETH, in her official capacity as Acting Secretary of Public Welfare of the Commonwealth of Pennsylvania,<br><br>                   Defendants. | Civil Action No. 1:09-cv-1182-JEJ<br><br>Class Action<br><br>Complaint Filed June 22, 2009 |

## **STATUS REPORT**

Pursuant to the Court's June 3, 2013 Order and our letter to the Court dated July 12, 2013, Plaintiffs submit this Status Report concerning the parties' efforts to reach a global settlement. Since our last Status Report, the parties have exchanged another draft settlement agreement and had a lengthy meeting at which all outstanding issues were discussed. All parties

agree that significant progress has been made toward reaching a resolution.  More work remains, but the parties are committed to working in good faith to try to reach a consensus.

We respectfully request that the Court extend the time for negotiations until September 16, 2013, at which time we will file a report to update the Court as to the status of this matter.

                                               Respectfully submitted,

Dated:  July 17, 2013          By:   /s/ Kelly Darr
                                                  Kelly Darr
                                                  PA ID # 80909
                                                  Robert W. Meek
                                                  PA ID # 27870
                                                  Disability Rights Network of PA
                                                  1315 Walnut Street, Suite 500
                                                  Philadelphia, PA  19107-4705
                                                  (215) 238-8070
                                                  (215) 772-3126 (fax)
                                                  KDarr@drnpa.org

## **CERTIFICATE OF SERVICE**

I, Kelly Darr, hereby certify that the foregoing Status Report was filed with the Court's ECF system on July 17, 2013, and is available for viewing and downloading from the ECF system by the following counsel who consented to electronic service:

Doris M. Leisch, Deputy Chief Counsel
Office of General Counsel
Department of Public Welfare
801 Market Street, Suite 6092
Philadelphia, PA  19107

Benjamin J. Hoffart, Esquire
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019

John E. Riley, Esquire
Vaira & Riley, P.C.
1600 Market Street, Suite 2650
Philadelphia, PA  19103

Carl Solano, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103

Samantha K. Trepel, Esquire
Special Litigation Section, Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

/s/ Kelly Darr
Kelly Darr