# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKLIN BENJAMIN, *et al.*, | : | 1:09-cv-1182 |
| Plaintiffs | : | Hon. John E. Jones III |
| and | : | |
| CRAIG SPRINGSTEAD, *et al.*, | : | |
| Intervenors | : | |
| v. | : | |
| DEPARTMENT OF PUBLIC WELFARE OF THE COMMONWEALTH OF PENNSYLVANIA and BEVERLY MACKERETH, in her official capacity as Secretary of Public Welfare of the Commonwealth of Pennsylvania, | : | |
| Defendants. | : | |

## ORDER

### September 25, 2014

In accordance with the Memorandum filed on today's date, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Court **APPROVES** the proposed Settlement Class and **FINDS** that the Settlement Agreement is fair, reasonable, and adequate;

2. Plaintiffs' Unopposed Motion for Final Approval of the Proposed

Revised Class Action Settlement Agreement (Doc. 345) is **GRANTED**;

3. The Settlement Agreement is **APPROVED**;

4. Plaintiffs' Unopposed Motion for Attorneys' Fees, Litigation Expenses, and Costs (Doc. 348) is **GRANTED**;

5. Defendants will pay Plaintiffs' counsel the sum of $532,500.00 for attorneys' fees, litigation expenses, and costs incurred;

6. Intervenors' Joint Unopposed Motion for Attorneys' Fees, Litigation Expenses, and Costs (Doc. 350) is **GRANTED**;

7. Defendants will pay Intervenors' counsel the sum of $399,500.00 for attorneys' fees, litigation expenses, and costs incurred, in accordance with the Motion;

8. This action is hereby **DISMISSED** and the Clerk is directed to **CLOSE** this case; and

9. The Court expressly retains jurisdiction as set forth in the Settlement Agreement, in order to enter any further orders that may be necessary or appropriate in administering or implementing the terms and provisions of the settlement agreement.

                                <u>s/ John E. Jones III</u>
                                John E. Jones III
                                United States District Judge